JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL, | Case No. 5:17-cv-01267-SJO (SHK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOSEPH GILE, et al., | |
| Defendant. | |

Pursuant to the Order Presented By The United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 9/26/18

*S. James Otero*

HONORABLE S. JAMES OTERO
United States District Judge