UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA GILE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 5:17-cv-01267-VBF (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that:

　(1) the findings in the R&R are ACCEPTED;

　(2) Defendants' Motion to Dismiss ("MTD") is GRANTED in part, insofar as Defendants moved to dismiss Plaintiff's claims against Defendants in their official capacity for failure to state a claim and to dismiss Plaintiff's conspiracy claim against Defendants, such that Plaintiff may seek to add such claims in the future, with leave of the Court;

1  (3) Defendants' MTD is DENIED insofar as Defendants moved to dismiss
2      Plaintiff's claims brought under the California Government Claims Act and
3      under the Fifth, Sixth, and Eighth Amendment;
4  (4) Defendants' MTD is DENIED insofar as Defendants moved to dismiss
5      Plaintiff's claims brought against them in their individual capacities under
6      the Fourth Amendment; and
7  (5) Plaintiff's claims brought under 18 U.S.C. §§ 241, 242 are DISMISSED, WITH
8      PREJUDICE; and
9  (6) Plaintiff is GRANTED sixty days from the date of this Order to properly serve
10     Defendants.

Dated:  August 28, 2020

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
United States District Judge