UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO JOSEPH RANGEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH GILE, et al.,<br><br>　　　　Defendants. | Case No. 5:17-cv-01267-VBF-SHK<br><br>**JUDGMENT** |

IT **IS HEREBY ADJUDGED** that the case is **DISMISSED** with prejudice.

Dated:　June 17, 2021　　　　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　Senior United States District Judge